IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Meghan Fox, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | Case No. 2:14-CV-6404 |
| ) ) v. ) ) | |
| Ocwen Loan Servicing, LLC, Ocwen Financial Corporation, and Cross Country Home Services, Inc. ) ) ) ) | |
| ) Defendants. ) | |

**CONSENT MOTION TO TRANSFER VENUE
<u>TO THE EASTERN DISTRICT OF NEW YORK</u>**

Plaintiff Meghan Fox ("Plaintiff") and Defendants Ocwen Loan Servicing, LLC, Ocwen Financial Corporation, and Cross Country Home Services, Inc. (collectively, "Defendants"), respectfully request that this Court transfer this action to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1404(a). In support of this consent motion, the Parties state as follows:

1. This action was filed on October 16, 2014.

2. On August 6, 2013, a similar and related action was filed in the United States District Court for the Eastern District of New York, making similar allegations against Defendants Ocwen Loan Servicing, LLC, and Cross Country

Home Services, Inc., captioned *Delgado et al. v. Ocwen Loan Servicing, LLC*, *et al.*, Case No. 1:13-CV-4467 (E.D.N.Y.) (the "Delgado Action").

    3.    In lieu of Defendants filing a motion to dismiss, stay, or transfer based on the first filed doctrine (*see Catanese v. Unilever*, 774 F. Supp. 2d 684 (D.N.J. 2011) (Walls, J.)), the Parties have consented to transfer of venue to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).

    4.    Defendants request that this matter be transferred to the United States District Court for the Eastern District of New York as a related case to the Delgado Action.

Accordingly, for the foregoing reasons, the Parties respectfully request that this Court grant the Parties' consent motion to transfer this action to the United States District Court for the Eastern District of New York. A proposed Order is filed herewith.

Date: January 14, 2015

 /s/ Benjamin F. Johns (by permission)  
CHIMICLES & TIKELLIS LLP  
Nicholas E. Chimicles  
Benjamin F. Johns (NJ Bar No. 03818-2005)  
Joseph B. Kenney (NJ Bar No. 08558-2013)  
One Haverford Centre  
361 West Lancaster Avenue  
Haverford, PA 19041  
Telephone: (610) 642-8500

Facsimile: (610) 649-3633
E-mail:
Nick@chimicles.com
BFJ@chimicles.com
JBK@chimicles.com
*Counsel for Plaintiff*


  /s/ Carolyn C. Lindheim (by permission)
Carolyn C. Lindheim (NJ Bar No. 017141987)
Amy R. Brandt (NJ Bar No. 044091992)
Weir & Partners LLP
The Liberty View Building
457 Haddonfield Road, Suite 420
Cherry Hill, NJ  08002
Tel:  (856) 740-1490
Fax:  (856) 740-1491 (fax)
Email:  Clindheim@weirpartners.com
          Abrandt@weirpartners.com

Matthew P. Previn (*Pro Hac Vice Forthcoming*)
Timothy J. Coley (*Pro Hac Vice Forthcoming*)
BUCKLEYSANDLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel:  (212) 600-2310
Fax:  (212) 600-2405
Email:  mprevin@buckleysandler.com
          tcoley@buckleysandler.com
*Counsel for Defendants Ocwen Loan Servicing, LLC, and Ocwen Financial Corporation*

  /s/ Peter J. Leyh
Peter J. Leyh (New Jersey Bar No. 041291990)
BRAVERMAN KASKEY, P.C.
One Liberty Place
1650 Market Street, 56th Floor
Philadelphia, PA  19103
Tel:  (215) 575-3800
Fax:  (215)

Email:  pleyh@braverlaw.com

Bruce E. Alexander (*Pro Hac Vice*)
Jason W. McElroy (*Pro Hac Vice*)
Michael S. Trabon (*Pro Hac Vice*)
WEINER BRODSKY KIDER PC
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Tel:  (202) 628-2000
Fax:  (202) 628-2011
Email:  alexander@thewbkfirm.com
            mcelroy@thewbkfirm.com
            trabon@thewbkfirm.com
*Counsel for Defendant Cross Country Home Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of January, 2015, a copy of the foregoing Consent Motion to Transfer and Proposed Order were served upon all parties and counsel of record via the Court's CM/ECF system.

 /s/ Peter J. Leyh
Peter J. Leyh