IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Meghan Fox, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ocwen Loan Servicing, LLC, Ocwen Financial Corporation, and Cross Country Home Services, Inc.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>) Case No. 2:14-CV-6404<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

This matter is before the Court on the Parties' Consent Motion to Transfer this Action to the Eastern District of New York. Having considered the consent motion;

**IT IS HEREBY ORDERED** that this matter be transferred to the United States District Court for the Eastern District of New York, and designated as a related action to the pending matter *Delgado et al., v. Ocwen Loan Servicing, LLC, et al.* Case No. 1:13-CV-4427;

**IT IS FURTHER ORDERED** that upon transfer, the Clerk of the Court shall close this matter.

**IT IS SO ORDERED.**

**Dated:  January \_\_\_, 2015**

							_____
							**William H. Walls**
							**United States District Court Judge**